# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3715

_____

Wanda Mason,                              *
                                          *
            Plaintiff-Appellant,          *
                                          *
    v.                                    *
                                          *
American Transportation Corporation,      *
doing business as AmTran;                 *
                                          *
            Defendant,                    *
                                          *
USAble Life,                              *
                                          *
            Defendant-Appellee.           *    Appeal from the United States
_____                       *    District Court for the Eastern
                                          *    District of Arkansas.
Wanda Mason,                              *
                                          *        [UNPUBLISHED]
            Plaintiff-Appellant,          *
                                          *
    v.                                    *
                                          *
American Transportation Corporation,      *
doing business as AmTran;                 *
                                          *
            Defendant,                    *
                                          *
USAble Life,                              *
                                          *
            Defendant-Appellee.           *

_____

Submitted: April 14, 2000

Filed: April 19, 2000

_____

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Wanda Mason sought disability benefits under a group disability plan issued by USAble Life to Mason's employer, American Transportation Corporation. The plan decided Mason was not totally disabled on the last day of her employment and denied long-term disability benefits. Mason then brought this ERISA lawsuit in federal court. Reviewing Mason's claim de novo, the district court found Mason was not completely disabled on the last day of her employment and held the plan provided no coverage. Mason appeals. Having carefully reviewed the case, we conclude the district court correctly rejected Mason's claim. Contrary to Mason's view, the district court's findings are not clearly erroneous. The court properly credited the testimony of the doctor treating Mason's high blood pressure condition rather than Mason's former doctor, who was retired. Finally, we reject Mason's assertion that the district court failed to consider Mason's working conditions and job duties, or abused its discretion in denying Mason's requests for discovery. We thus affirm the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.